■ DLJ Mortgage Capital, Inc, Petitioner-Respondent, et al., Third-Party Intervenors-Plaintiffs, v Thomas Kontogiannis et al., Respondents, Hahn & Hessen LLP, Respondent-Respondent, and Jeffrey Siegel et al., Respondents-Appellants, et al., Respondents. [37 NYS3d 874]—An appeal having been taken to this Court by the above-named appellants from an order of the Supreme Court, New York County (Charles E. Ramos, J.), entered on or about January 15, 2015, and said appeal having been argued by counsel for the respec-

tive parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated August 22, 2016, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Friedman, J.P., Acosta, Saxe, Gische and Webber, JJ.